[No. 27286-9-III.   Division Three.   December 8, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT TODD WALKER, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00630-2, Carrie L. Runge, J., entered July 9, 2008. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27677-5-III.   Division Three.   December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PALMER EUGENE HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00332-3, Kenneth L. Jorgensen, J., entered November 18, 2008. *Reversed* and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.

[No. 27869-7-III.   Division Three.   December 8, 2009.]

MOSES LAKE CONSTRUCTION COMPANY, INC., *Respondent*, v. MIKE M. JOHNSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-2-00510-1, Carrie L. Runge, J., entered December 29, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 26661-3-III.   Division Three.   December 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE LEONARD HENDRIX, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-1-50311-0, Vic L. VanderSchoor, J., entered November 6, 2007. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.